UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X
                                  :
UNITED STATES OF AMERICA          :     WAIVER OF INDICTMENT
                                  :
     - v. -                       :     23 Cr. *150 (PmH)*
                                  :
ROMAN MUNOZ,                      :
                                  :
               Defendant.         :
                                  :
- - - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Sections 846 and 841(b)(1)(A), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Roman Munoz
Defendant

_____
Ben Gold, Esq.
Counsel for Defendant


Date:      White Plains, New York
           3/22/23          , 2023

COURT'S
EXHIBIT NO. 1
IDENTIFICATION/EVIDENCE
DKT.# 23Cr150
DATE: 3/22/23
PENGAD 800-631-6989