```
Federal Defenders                                    Southern District
OF NEW YORK, INC.                                   81 Main Street, Suite 300
                                                    White Plains, N.Y. 10601-4150
                                                    Tel: (914) 428-7124 Fax: (914) 948-5109
```

David E. Patton                                                  Southern District of New York
*Executive Director*                                             *Jennifer L. Brown*
*and Attorney-in-Chief*                                          *Attorney-in-Charge*

July 27, 2023

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:    **United States v. Roman Munoz**
             **23 Cr. 150 (PMH)**

Dear Honorable Halpern:

    I am writing to ask that Mr. Munoz's sentencing be adjourned to a date in November or December.[1]  This is the first time that I am asking that Mr. Munoz's sentencing be delayed.  There are two reasons for this request.  First, Mr. Munoz's sentencing is currently scheduled for August 18, 2023, but I am scheduled to be on vacation on August 18, 2023.[2]  Second, while I had originally thought I'd be prepared to proceed with the sentencing in mid-August, I need additional time to get records relating to Mr. Munoz's health, which is relevant pursuant to 18 U.S.C. § 3553(a)(1).  I have communicated with AUSA Benjamin Klein, and he has no objection to this request.

    Thank you for your consideration.

                                                                 Sincerely,

                                                                 /s/

                                                                  Benjamin Gold
                                                                  Assistant Federal Defender

cc:    A.U.S.A. Benjamin Klein

---

[1] If a date in November or December is unavailable, I ask that the sentencing be adjourned to early January.  If possible, I ask that the Court please avoid a date between December 22, 2023 and December 29, 2023.

[2] Originally, Mr. Munoz's sentencing was scheduled for August 17th, but it was subsequently rescheduled to the 18th.