UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

v.

**Roman Munoz,**
          Defendant.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7-23-cr-00150-1 PMH

    The Defendant's Sentencing in this matter previously scheduled for August 18, 2023, at 9:30 a.m. has been rescheduled to **December 15, 2023 at 9:30 a.m.** It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

    Defendant's sentencing submission is due November 22, 2023, and Government's submission is due November 29, 2023.

White Plains, New York
Dated: July 27, 2023

SO ORDERED:

_____
Philip M. Halpern, U.S.D.J