# Exhibit A

11-21-2023

Esteemed Judge Philip M. Halpern,

I Roman Munoz address you wishing you a good day and thanking you for your time in reading my letter. I want to ask for forgiveness to you and my family for the mistake I made…

I lost my father when I was 8 years old. I was raised by my grandparents on my mother's side. They taught me values, to value what little we had. They taught me to help whoever I could. I did not have any toys in my childhood but it was very beautiful because with my grandparents I enjoyed nature that God gave us: the rain, the heat, the work on the field, their company, their care of me, their company during meals, how they taught me to work, how to do things well growing up. I came illegally to work in the USA I worked in the agricultural fields in lettuce, broccoli, strawberries, in whatever was available.  I always tried to help my family and whoever needed me, I always tried to do the right thing. That is why I ask for great forgiveness to you your Honor, to my family, to God, and to society. I know to make mistakes, in an instant you don't even realize and today I ask myself, why, why.

After 2 years living here in USA, I had a relationship with Maria del Socorro Felix. We had 2 children, our relationship lasted 7 years: Roman Munoz Jr, Ampelia Munoz, Roman Jr was born ▇▇▇▇, Ampelia ▇▇▇▇. After being alone for a while I met Virginia Estrada, our relationship lasted 10 years. We had 2 children: Yesenia Munoz and Israel Munoz. Yesenia was born ▇▇▇▇, Israel was born ▇▇▇▇.

I am a person with faults but I have always worked on the agricultural fields in California and Arizona. I am always in touch with all my family to know how they are doing. After my separation from Virginia, I moved to live in Arizona.

In Arizona I met Ener Ruiz. We had a relationship that lasted 12 years. We had a son ▇▇▇▇ born ▇▇▇▇. We always worked on the agricultural fields working as a truck driver moving fruits and vegetables and legumes, all the merchandise. I enjoy my job. When I committed this mistake 7 months before, I had ▇▇▇▇. I felt I was leaving this world.

I felt alone without realizing that God and the people that love me were with me, the doctors and medicine, a little bit of everything.

The fault I committed, I felt pressured due to lack of work and for my disease ▇▇▇▇ where I lasted three months being sick and the doctors and my situation, it led me to the easiest path. That was my mistake that I made for which I am very sorry.

This time here at the jail has taught me what is not right and has taught me to value life, and my time with my family and those individuals who love me, more.

My plan is when I get out to dedicate time to my son and be closer for him and my family and to be there for him in his graduation from his school. And continuing working as I was always taught.

I am a person that doesn't like to impose upon other people, I always rely on myself and will always apologize for my mistake. I want to apologize to society, my family, and to God for my fault that I committed. I also apologize to you, your Honor.

Thank you very much for your time for everything, thank you your Honor, God bless you and take care of you always.

Roman Munoz

11-21-2023

@ Estimado Juez PHILIP M. Halpern

Yo Roman Munoz Me Dirijo Asusenoria Deseandole Que Tenga Un buen Dia y Dandole Las Gracias Por SuTiempo En Leer Mi Carta Quiero Pedirle una Disculpa A usted y a mi Familia Por Mi Error Que Cometi....

Yo Perdi Mi Padre Cuando Tenia 8 Años Fui Criado Por mis Abuelos Por Parte de Mi Mama Ellos Me Enseñaron balores baloror Lo Poquito Que Teniamos Me Enseñaron Alludar a Quien Pudiera No Tube Juguetes En Mi Infancia Pero Fue Muy bonita Porque Con Mis Abuelos Disfrute La Naturalesa Que Dios Nos Da La llubia El Calor El Travajo En El Campo La Compañia De Ellos Su Atencion Para Mi La compañia De Ellos En La Comida Como Me Enseñaban A Travajar A Como Aser Las Cosas bien Cresi Me bine Ilegal A Travajar A USA Travaje En Los Campos Agricolas En La Lechuga Broccoli Fressas En Lokabia. Siempre Tratando de Alludar A Mi Familia Y A Kien Necesitaba De Mi Siempre Trataba de Eser Todo bien Por Eso Que Pido una Gran disculpa A usted Señoria A Mi Familia A Dios y A la sociedad Se Que Para Cometer Errores En un momento Que No Te das Cuenta y Hoy Me Pregunto Porque Porque

Despues De 2 Años De Vivir Aqui En USA Tube una Relacion Con Maria Del socorro Felix Tubimos 2 Hijos
Nuestra Relacion Duro 7 Años Roman Munoz Jr Ampelia Munoz
Roman Jr Nacio 12-6-77 Ampelia ▇▇▇▇
Despues De Estar solo un Tiempo Conoci A Virginia Estrada Lo Cual Nuestra Relacion Duro 10 Años Tubimos 2 Hijos Yesenia Munoz y Israel Munoz Yesenia Nacio ▇▇▇▇ Israel nacio ▇▇▇▇
Soy una Persona Con Errores Pero Siempre E Travajado En Los Campos Agricolas En California y Arizona Siempre Estoy En Comunicacion Con Toda Mi Familia Para Saber Como Estan Despues De Mi Separacion Con Virginia Me Movi A Vivir A Arizona En Arizona Conoci A Ener Ruiz Tuvimos una Relacion Que Duro 12 Años Tubimos un Hijo ▇▇▇ ▇▇▇. Nacio ▇▇▇▇ Siempre Travajando En Los Campos De Agricultura Travajando De Troquero Moviendo Verduras y Legumbres y Frutas Todo Lo de Comercio Disfrute Mi Travajo Cuando Cometi Este Error 7 Meses Antes Tube ▇▇▇▇ Centi Kme Iba De Este Mundo

Me Senti Solo Sin Darme Cuenta Que Dios y Las Personas Que Me Quieren Estaban Conmigo Con Doctores Y Medecina De Todo un Poco La Falta Que Cometi Me Senti Precionado Por Falta de Travajo Mas Por Mi Enfermedad Del ▮▮▮▮ Que Dure Tres Meses Enfermo y Con Los Doctores Y Mi Situacion Me llevo Por El Camino Mas Facil Que Fue Mi Error Que Cometi De Lo cual Estoy Muy arrePentido Este Tiempo Aqui En La Carcel Me A Enseñado Que no Es Lo Correcto y me A Enseñado A balorar Mas La Vida Y El Tiempo Con La Familia y Con Las Personas Que Me Quieren...

Mi Plan Es Cuando Salga Dedicarle El Tiempo A Mi Hijo Estar Mas Sercas De El Y Mi Familia Y Estar Con El En Su Graduacion De Su Escuela Y Seguir Travajando Como Siempre Me Enseñaron Soy una Persona Que no Estoy Impuesta A De Las demas Personas Siempre Soy Por Mi Mismo y Siempre Pedire Disculpa Por Mi Error. Quiero Pedir una disculpa A la Sociedad A mi Familia Y A Dios Por Mi Falta Que Cometi. Disculpeme Señoria.. Tamien MUchisimas Gracias Por Su Tiempo Por TODO Muchas Gracia Señoria Dios Lo Bendiga Y Lo Cuide Siempre.

*[signature]*