# Exhibit B

Esteemed Judge,

My name is Ener Ruiz, I am the ex-partner of Roman Munoz. He has been part of my life since 2002, when we met. He was a supervisor at the job I had. We were together for some years, we had a son, ▮▮▮▮▮▮▮▮. Even though we separated years ago, Roman has always stayed close to us and has been very responsible providing support for our son.

He has been very helpful to his son with the day-to-day problems, and very committed as a parent. He has been there every day in person or by phone all the time. He has been attentive to his son, taking the time to be there for birthdays, graduations, parents' meetings. He has spent most of his weekends with his son.

That is why my son is suffering now, he misses his father all the time, he can't be with his father at this difficult time.

Although this doesn't justify his behavior, it is difficult for anyone to be absent in the life of their child.

I am sure Roman is very sorry for having failed, and I believe he is very aware of what he is missing at this moment in the life of his son.

I really hope you will take my words into consideration as you make your decision about the sentence.

Thank you for your time and attention.

Sincerely,

Ener Ruiz

Estimado Juez:

Mi nombre es Ener Ruiz
Yo soy La Ex pareja de Roman Muñoz
el ha Formado parte de mi vida
desde 2002 Cuando nos conosimos
el era Supervisor en el trabajo
que yo estaba. estubimos unos
años Juntos tuvimos un hijo
███████████ que apesar de que
nosotros nos separamos ase
años el siempre a estado cerca
de nosotros y a sido muy
responsable de dame la manutencion
de su y hijo.

Estando siempre ayudando a su
hijo en los problemas del Dia
a Dia el a sido muy Comprometido
como padre ha stado todos los Dias
en persona o atrayes del telefono
llamando todo el tiempo a tenido
la atención con su hijo, el todo
el tiempo seadado el tiempo
para estar presente en los
Cumpleaños de su hijo
en las craduacciones de la
escuela Las Juntas de padres
en Cada Fin desemana La mayoria
de las veses a estado con su hijo
Cesar Muñoz.

Por eso ahora sufre mi hijo y lo extraña a cada momento que no pueda estar con su papa en estos momentos tan difíciles

Aunque eso no justifica su comportamiento es difícil para cualquier persona estar ausente en la vida de su hijo

Estoy segura que el se siente muy arrepentido de haber fallado y creo que el esta muy conciente de todo lo que se esta perdiendo en este momento en la vida de su hijo

En verdad espero que tome usted en consideracion mis palabras al tomar su decision sobre la sentencia
Gracias por su tiempo y atencion.

Atentamente Ener Ruiz