# Exhibit C

Yesenia Gomez
July 24 2023

Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr. Courthouse

To whom it may concern,

      My name is Yesenia Gomez, formerly Yesenia Munoz before marriage. I am a happily married wife of 12 years this October. A mother of 2 children, now 9 year old daughter and 11 year old son. I am now, and for the last 6 years, a full time wife, mom, and homeschool teacher to our kids. I previously worked in retail management and waitress for a few years so I could work nights to be with our kids during the day. Now I'm able to not have to work thanks to my husband's career. I've homeschooled my son since 6 years old and our daughter since kinder. I have had many great years being able to do this and have been able to be very involved in fully raising them and involved in the community. With this life choice I am able to take them to extra curricular activities and groups like music classes, swim, sewing, cooking, gymnastic and robotics class. As well as be a hands on athlete's mom when they wrestled for local teams 2 seasons, and aided on Mondays at a local church feeding the homeless. With not answering to a job schedule I've joyfully volunteered at our church for vocational bible school in the summer. Im so happy to teach our kids to be good human beings, and things I wish I had learned younger like people skills and good communication. With my life as an example of what commitment to marriage is and how to love and respect a partner. And as a small business owner what hard work, perseverance and dedication looks like.

      I am Roman Munoz's daughter from his second wife, his second daughter of five children. Our family was what I look back as not perfect but fun, loving and caring family all of my upbringing. My dad is the oldest of 12, which 7 lived in the same city, so most of the family get togethers were in our humble home. My parents were together until I was about 10 years old. I grew up very blessed with the best my parents could give me. I had bikes, lots of Barbie's, Nintendo 64, beautiful dresses and never nice shoes or clothes, all while they both worked picking lettuce in the fields and hauling produce as a truck driver. I definitely would call myself a "daddy's girl" growing up. My dad was the person I would hug, cuddle with, and remember always sitting by his side all the time. Even when him and my mom were at the end of their relationship, I remember being by his side wiping his tears or laying on the couch with him sharing my blanket at night after they fought. He was the one I went to for everything.

After separating, when he picked me and my younger brother Israel for visits he always planned a visit to the toy store before heading home. Or took us the a kids movie at the theaters to make sure we had fun. In my teen years I still had a close relationship with him even tho he lived in a different state. I called him for advice, emotional support, encouragement or to share something good that was happening or happened. He was always awesome at expressing how proud I made him for being a straight 'A' student while also working through high school. He helped me out my senior year 2006 and bought me a 1996 Mazda, my first car! And told me that I earned it and he wanted to help me continue to be successful. When I had setbacks or hardships he always had encouraging words and if needed he helped out with car issues or bills I couldn't handle when I moved out on my own at 18. He is always there when I need him.

My dad has for as long as I can remember been a truck driver. When traveling if he ever passed through my city he would call so we could meet up whether to have a meal and catch up or for a quick hug. Then later after having my kids he would let them sit in his parked diesel and it became their playground. He always thought of his granddaughter and bought her a big box of fresh strawberries when he drove to cities where they were grown and made it a point to get her some every time possible. He would tell her to share with my sister in law since he remembered I mentioned she liked them too.

That's who Roman Munoz is a friend to everyone, always thinking of others, trying to help others and make people happy. I use to see every winter around Christmas time or Thanksgiving he would go and pass out clothes and toys to kids and families in Mexico. When that time was getting close he would come by and start asking me if we had any clothes or toys we didn't want so he could take more. He would take pictures and later show my kids the happy kids receiving our donations. My dad is cheerful, always smiling and laughing, he is always talking to people making friends. Even in his broken English, Spanish being his first language but he talks to everyone! All my in laws who don't speak Spanish, he built good relationships with. He always takes the time to ask them about them, their lives, their interest, any current events. Any time he called and I mention being with someone he had met he will tell me to say hello and make a comment about something specific he remembered about that person. He remembers everyone.

When Covid first came around my husband and I got really sick in July of 2020. Before that my dad and I would call each other once a week or every 10 12 days to check in and say hi if he hadn't passed by. When I told him my husband got sick he started calling everyday. 4 days after my husband got ill, I got ill. A few days later my dad sent us $300, he said he wished he could do

more but to at least use that to order food for us and the kids if we weren't up for cooking and so we didn't fall behind financially since my husband wasn't working. He called everyday with remedies he had heard of or advice on how to get better. Every single day about twice a day he checked on us to make sure we had eaten or see if we were getting better. I think it was some months later after. he came by telling us he was retiring. He was excited to be done working. As happy as he always seemed, I could tell when he stayed with us to rest in between his deliveries that he was physically tired. He would fall asleep on the couch while we watched a movie or while the kids played on his phone on his lap. We got lucky some of his jobs were deliveries between Northern California to Arizona, we live right in the middle of both. He would stop by and we offered him a real bed and a home cooked meal and would catch up. Unfortunately he told me that after retiring he didn't make enough so he would do a trip here and there to make some extra money.

      My dad has always been an uplifting and supportive person, always tried to look on the bright side of things. He has never said he's perfect or pictured himself as a perfect person, but he has always been proud of being an honest hard worker. He told me in my young adulthood, yeah there's easy money and quick money but at what cost, at what risk? He showed me examples of people who made wrong choices and the consequences that happened after. That it is sometimes hard to figure things out and work legit but better than to ruin my life over a dumb choice. I think that has played a big role in the character, value and integrity I have now as an adult. Because my dad has emotionally and mentally raised me that way even thought he wasn't always be there physically with me.

      Talking to my dad lately, he has been looking for positive anywhere he can, looked for work and found one, now joined bible study and attending church services. He mentioned he wants to be transferred to Arizona so he can be closer to the family. And he has been telling me that he wants to look into different programs and classes so he can show his good conduct and behavior so he can get out soon. He's looking into everything possible to try to serve his time and be back home soon. I think for his youngest son, ▇▇▇'s high school graduation. I know he wouldn't want to miss that. Even when he lived in Arizona 8 10 hours away from me he didn't miss my middle school or high school graduations. He drove, showed up, celebrated and took pictures then turned around and drove back to Arizona. So being there for his family is very important to him. So I'm looking forward to being able to have him home soon with your help. I hope this letter shows you at least a glimpse of who Roman Munoz really is and the type of person he is.

Sincerely yours,

Yesenia Gomez