# Exhibit D

Dear Judge,

My name is ███ █████, I'm 15 years old and I'm Roman Munoz son.

My father has always been present in my life since I've remembered. He would always make sure that I would have everything that I needed.

My mom would always tell me that when I was only two years of age, my father would pick me up and I'd go running for my diaper bag, gather my clothe, milk bottles and diapers. Since the bag was too heavy for me, I would drag it all across the house. We've always been so united; so united that my birthday is on August twenty first and his is on August twenty second. Since I can recall we would always celebrate our birthdays together. We would travel the majority of the times, I miss him.

It's been a while since we've been seperated, and It has been really hard on me. Thats why I'm asking to have some compasion not only for him but for me, I need my father.

I know what he did was illegal and that he will be serving his time. I just hope he is not in their for a long time. If I could request for him to get transferred to a nearby station since it is too far for me to go visit. I havn't been able to see him.

We are humans and make mistakes, he is a very important person in my life and I love him as the father he is to me. I hope you realize how much he means to me and would love to be able to visit him.

Thank you for your time.

sincerely, █████