# Exhibit E

July-19-23

Esteemed Hon. Philip Halpern

I would like very much for these words to come to you and be able to express how important your decision will be for my brother Roman. I know the place where he finds himself now is not a great place for a person. Nevertheless, my brother has been a good citizen, perhaps he did make a mistake, but with our support and love, I am sure he will take the right path.

My brother is a good father, a good son, he has done many good things for us, for example, helping us financially, not only our family but also our mother.  My mother is 83 years old, and her health and well-being depend a great deal on your decision about Roman.

The entire family prays to God that you will make the right decision, taking into account that Roman has a family waiting with love and support.

Thank you for your attention.

Sincerely,

Margarita Bravo

Tel

Julio-19-23

Estimado Hon. Philip M. Halpen
me gustaría mucho que estas letras llegaran a ud y poderle expresar lo importante que sería su desicion a favor de mi hermano Roman. Se que él lugar donde ahora él se encuentra pues no es de gran valor para una persona. Sin embargo mi hermano Roman ha sido un gran ciudadano, ahora sí tal vez se equivocó pero con nuestro apoyo y cariño él estoy segura que seguirá un buen camino.
Mi hermano es un buen padre, un buen hijo y él había hecho muchas acciones por nosotros, por ejemplo ayudarnos económicamente tanto a la familia como a mi madre que actualmente ya tiene 83 años y su tranquilidad y salud dependen mucho de su desicion acerca de Roman.
Toda la familia oramos a Dios para que ud tome su mejor desicion tomando en cuenta que existe una familia esperando con amor y apoyo a Roman.
Gracias por su atención.
Sinceramente Margarita Bravo
Tel ▮▮▮▮▮▮▮▮▮▮