# Exhibit F

Esteemed Judge Philip M. Halpern,

I write to you about my son Roman, he is a good human being and a good son. He has always helped me economically even if sometimes he has made mistakes but it was his childhood and youth that was difficult. But he has always fought to keep moving on, to work, to be a responsible man.

For me, he has been a wonderful son, very friendly, respectful, intelligent, and I am willing to support him in everything that is necessary once he is with us his family, because I am sure he will be a good citizen and will obey the law.

I hope these words help convince you that my son roman deserves another chance to be with us.

I thank you from the bottom of my heart for reading my letter, God bless you.

Sincerely,

Maria Jesus Preciado

10-19-23

Estimado Hon Philip Halpen
me dirijo a usted que mi hijo Román
es buen ser humano y un buen hijo
el siempre me ha alludado econo-
camente aunque aveses a tenido
errores pero a sido su niñes y
su juventud an sido dificiles
pero siempre a luchado por
salir adelante, por tranajar
por ser un hombre responsable
para mi a sido un hijo
maravilloso muy amigable
respetuoso inteligente y estoy
dispuesta a apollarlo en todo lo
que nesesite una ves que este
con nosotros su familia por
que estoy segura que sera
un buen cuidano y ovedesera
la ley.
espero que estas palabras
alluden a comvenserle que hijo
Román se merese que
le de la oportunidad de estar
con nosotros.
le agradesco de corazón por leer
mi carta, Dios lo bendiga
sinseramente Maria Jesus Preciado