# Exhibit G

Honorable Judge Philip M. Halpern

With the greatest sincerity and confidence, I address these words to you, hoping they will be a help to my brother Roman Munoz.

My name is Beatriz Bravo, the younger sister of Roman. He was and still is a pillar of our family, he has functioned not only as an older brother but also as a father for us, and a great help to our mother. Roman has always supported us financially and has given us his affection.  I have great memories at my brother's side, he is always a hard worker, playful, giving us confidence.  I know these are hard times for our entire family, and the place where my brother finds himself now does not speak well of him, and you could think negative thoughts about Roman because of the offense he committed, but I am sure that once he is with us, his life, his behavior, his way of thinking, will be to become a better person for his children and his entire family. I offer my home and my support for him to become a model citizen. Thank you for reading my words.

Sincerely

Beatriz B. Preciado

Estimado Hon. Philip M. Halpern

Con gran sinceridad y confianza dirijo a ud estas lineas esperando sean de ayuda para mi hermano Roman Muñoz.

Mi nombre es Beatriz Bravo la hermana menor de Roman él fué y continúa siendo un gran pilar en la familia pues ha desarrollado un papel no solo de hermano mayor si no como un padre para nosotros y un gran apoyo para nuestra madre. Roman siempre nos ha apoyado economicamente y nos ha brindado su cariño. Yo siempre tengo buenas memorias al lado de mi hermano, siempre trabajador, jugeton, brindandonos confianza. Se que estos tiempos son dificiles para toda nuestra familia y el lugar donde ahora se encuentra mi hermano pues no habla muy bien de él y ud puede pensar cosas negativas por el delito o error que cometio Roman pero estoy muy segura que el una vez que se encuentre con nosotros su vida y su manera de actuar y de pensar será siempre ser mejor persona, para sus hijos y toda la familia. Yo ofrezo mi casa y mi apoyo para que Román sea un modelo de ser humano. Gracias por leer mis palabras.

Sinceramente
Beatriz B. Bravo.
♡