# Exhibit H

Dear Judge Philip M. Halpern,

I am writing this character letter in support of my brother Roman Muñoz, who is currently facing charges. As Roman Muñoz's sister, I have had the privilege of knowing him for 47 years. Although we do not see each other frequently or maintain much contact because he lives in another state.

During this time, I have observed Roman's positive attributes. For example, he is charitable towards poor children, he likes to help a lot the children at the Mexico border, and when he went to Mexico, he also liked to help poor and needy people. People would find him and greet him because he is very kind, respectful, and responsible at work. These qualities have made Roman a valuable member of our family and society.

I understand the seriousness of the charges against Roman and do not intend to undermine their gravity. However, I believe that Roman deserves a fair trial, and I hope that you will consider his overall character and his contributions to society when making your decision.

Thank you for your attention.

Sincerely,

Maria Bravo Preciado

Estimado juez Philip M. Halpern,

      Estoy escribiendo esta carta de carácter en apoyo de mi hermano Roman Muñoz, quien actualmente enfrenta cargos.
Como hermana de Roman Muñoz, he tenido el privilegio de conocerlo por 47 años. Aunque no nos vemos con frecuencia ni mantenemos mucho contacto porque él vive en otro estado.
Durante este tiempo, he observado los atributos positivos de Roman. Tales como, es caritativo con los niños pobres, le gusta ayudar mucho a los niños en la frontera de México y cuando él iba para México también le gusta ayudar a las personas pobres y necesitadas. La gente lo encontraba y lo saludaban por que es muy amable es respetuoso y en su trabajo es responsable. Estas cualidades han hecho de Roman un miembro valioso de nuestra familia y sociedad.
Entiendo la gravedad de los cargos presentados contra Roman y no tengo la intención de socavar su gravedad.
Sin embargo, creo que Roman merece un juicio justo, y espero que considere su carácter general y sus contribuciones a la sociedad al tomar su decisión.

Gracias por su atención.
Atentamente,
Maria Bravo Preciado