# Exhibit I

Honorable Judge Philip M. Halpern

My name is Adriana Aguilera, I live in the state of California, I have been here for 28 years.  I work cleaning houses; I belong to a Catholic community where I help as a catechist for children and teens.

I have known Roman Munoz my entire life, he is my older brother. I didn't see him much when I was growing up, he left our small hometown at a young age to find work, but I always heard people talking about him and everyone who knew him asked about him.  When he was able to return, everyone was waiting for him anxiously, happy to spend a few days with him.  And even though he was tired from driving 30 hours to get there, he enjoyed being with his family and friends.

Something I always remember is when my husband and I came from Mexico, Roman took us into his home. Then he helped us so we could rent our apartment.

I know Roman has had ups and downs in his life, he had to face the loss of his father at a young age. Having lived a difficult childhood financially, he has always wanted to help others who are in greater need.  He collects things for the children at the border, he helps senior citizens, and when he comes to our town, if he finds someone in dire need, he helps

Because Roman has helped many people, I know when he needs our help, there will be many of us who will lend a hand.

Adriana Aguilera

Honorable Juez: Philip M Halpern

Mi nombre es: Adriana Aguilera vivo en el estado de california e radicado aqui desde hace 28 años. Trabajo limpiando casas, pertenesco a una comunidad catolica donde ayudo como catequista de niños y adolecentes.

Conosco a Roman Muñoz pues toda mi vida ya que el es mi hermano mayor y aunque cuando yo comence a creser no lo mire muncho ya que el salio de nuestro pueblito muy joven buscando oportunidades de trabajo. Siempre escuchaba ablar de el y todos los que lo conocian siempre preguntaban por el. Cuando el tenia la oportunidad de regresar todos lo esperabajos con ancias y muy contentos de compartir unos dias con el. Y auque el llegaba muy cansado ya que manejaba su auto mas de 30 horas el disfrutaba con su familia y amigos.

Algo que yo siempre tengo muy presente es cuando mi esposo y yo llegamos de Mexico Roman nos dio alojamiento es su casa. Despues el nos ayudo para que pudieramos rentar nuestra propia casa.

Se que Roman a tenido una vida de altas y vajas pues dende muy niño tuvo que enfrentar la perdida de su papá.
Al aver pasado una infancia difisil economicamente a echo que Roman siempre quiere estar ayudando a los mas nesecitados. el recauda cosas para llevar a niños de la frontera, ayuda a las personas de la tersera edad. y cuando el regresa a nuestro pueblo y encuentra a alguien con estrema necesicidad siempre lo ayuda.

Y como Roman a ayudado a munchas personas se que en el momento que el neceсite ayuda abremos munchos que le tenderemos la mano

Adriana Aguilera