# Exhibit J

| | |
|---|---|
| **From:** | Juan Munoz |
| **To:** | Paulina Leyva |
| **Subject:** | Re: Guia para Cartas de Apoyo para el Sr. Munoz |
| **Date:** | Thursday, July 20, 2023 7:19:49 AM |

EXTERNAL SENDER

Who my concern:

This letter it's to support my Brother and mentioned we all love him so Much I'm the 5th of 12 at the Family Roman Munoz it's the older at the Family He always been a good Soul and a hard worker, and we always been proud on Him.
Hopefully we can have ,Back on track and enjoy together as a Strong Family we always are there for the others.
My Brother has a great Spirit and help others because Loves to .
I see Him like my Hero.
A bad days sometimes appear at your life but
The purpose will be to stay out of trouble ...thank you for Read my Letter
Sincerely...
Juan P. Munoz