# Exhibit K

July / 20 / 2023

Honorable Philip M. Halpern

I, Anita Aguilera, the younger sister of Roman Munoz, write to you, Your Honor, to tell you a little about my brother Roman.

The relationship I have with my brother Roman is very good, and even though sometimes our ideas are different, he always respects my decisions. Roman has always been a beloved person in his family, he is very courteous, charitable, sociable, and friendly with all the people around him, especially with the elderly and with children. I consider Roman a very important pillar in my life.  At difficult times I have felt supported and loved by him. Due to the distance and the commitments we each have, we don't see each other as frequently as I would like, but when we have the time, I consider it quality time.

Roman knows how to take responsibility for his actions and he always strives to achieve the best results. As a citizen, Roman has always belonged to groups where he works as a volunteer to provide support like food, clothing, and shoes to the needy. Another of Roman's qualities is that he always puts the needs of others before his own, and he likes people around him to feel comfortable and supported.

These times have been very difficult for the entire family, but we remain united, supporting Roman with all our love. I am here for my brother, hoping to be able to help him with whatever is necessary.

Anita Aguilera



July/20/2023

Hon. Philip M. Halpern

Yo Anita Aguilera hermana menor de Roman Muñoz, me dirijo a usted Sr. Juez para hablarle un poco de mi hermano Roman.

La relación que tengo con mi hermano Roman es muy buena, pues aunque algunas veces nuestras ideas sean diferentes, el siempre sabe respetar mis decisiones. Roman siempre ha sido una persona muy querida en su familia el es amable, caritativo, sociable y muy amistoso con todas las personas que lo rodean especialmente con los ancianos y los niños. A Roman lo considero un pilar importante en mi vida, pues en momentos difíciles me he sentido apoyada y querida por el. Debido a la distancia y compromisos que tenemos, no nos vemos con la frecuencia que me gustaría, pero cuando nos damos ese espacio lo considero tiempo de calidad.

Roman es una persona que sabe asumir sus responsabilidades y acciones y siempre sabe trabajar para lograr mejores resultados. Como ciudadano Roman siempre ha pertenecido a grupos donde trabaja como voluntario para llevar apoyo como alimentos, ropa, calzado a los mas necesitados. Otra de las cualidades de Roman es que siempre pone las necesidades de los demás por encima de las de el y le gusta que las personas de su alrededor se sientan cómodas y apoyadas.

Estos momentos han sido muy difíciles para toda la familia, pero seguimos unidos apoyando a Roman con todo nuestro amor. Yo estoy aquí para mi hermano esperando poder apoyarlo para lo que sea necesario.

Anita Aguilera
740 St. Charles Way
Salinas Ca. 93905
(831) 596-0429