# Exhibit L

Esteemed Honorable Philip M Halpern

The Honorable Charles L Breiant Jr. Courthouse

Greetings from Jose Candelario Bravo Preciado, the brother of Roman Munoz. I came to this country about 10 years ago and I have always worked in the fields, harvesting fruits and vegetables. I profess the Catholic faith, as do all my siblings and my parents.

I am one of the siblings of Mister Munoz. I met him when I was about 7 years old. I met him at that age because I lived in Mexico, and he lived here in the United States. I remember when I met him, I was very nervous, because I had no idea what he was like or even how he looked. When I met him, his first reaction was to give me a hug and from that moment, we began a very dear relationship as brothers.

I describe my brother Roman as a man of faith, because he helped people in Mexico with clothing and shoes. He is a man of great perseverance; he was always seeking to reach his goals in life. He was always responsible at his work, I saw him here in the United States, how he did all his work thoroughly and on time.

I don't know much about his childhood and adolescence because of our difference in age, he is a child of our mother's first marriage, and I am a child of her second marriage. What I can tell you about his childhood are the things that were said amongst our family, that he was raised without a father, and he started working at a very young age, which led him to emigrate to the United States, because of the financial, educational, and social deficiencies in Mexico at that time.

I'm aware of his offenses and the reason why he is incarcerated. Whatever his sentence is, personally he will have all my support, both financial, spiritual, and emotional. For my part, I will help him with housing, financially, and I will help him find work, because I know he is an independent and hardworking man.

Jose Candelario Bravo Preciado

ESTIMADO: HON. PHILIP M. HALPERN
THE HON. CHARLES L. BRICANT JR. COURTHOUSE

LE SALUDA "JOSE CANDELARIO BRAVO PRECIADO"
HERMANO DE ROMAN MUÑOZ.
llege A ESTE PAIS APROXIMADAMENTE HACE C
DIEZ AÑOS Y SIEMPRE HE TRABAJADO EN EL
CAMPO EN LA COCECHA DE FRUTAS Y VERDURAS
PROFESO LA RELIGION CATOLICA AL IGUAL QUE
TODOS MIS HERMANOS Y MIS PADRES.

ME PRESENTO COMO UNO DE LOS HERMANOS DEL
SR MUÑOZ. A EL LO CONOCI CUANDO YO TENIA
APROXIMADAMENTE 7 AÑOS DE EDAD, LO CONOCI
A ESA EDAD PORQUE YO VIVIA EN MEXICO Y
EL AQUI EN ESTADOS UNIDOS.
RECUERDO QUE CUANDO LO CONOCI TENIA MUCHOS
NERVIOS DEVIDO A QUE NO TENIA NI IDEA
DE COMO ERA SU CARACTER, NI SU FISICO.
CUANDO LO CONOCI SU PRIMERA REACCION FUE
DARME UN ABRAZO Y DESDE ESE MOMENTO
COMENZO UNA RELACION MUY SINCERA ENTRE
HERMAÑOS.

A MI HERMANO ROMAN LO DESCRIBO COMO UNA PERSONA DE FE YA QE EL AYUDABA A PERSONAS EN MEXICO CON ROPA Y CALZADO.

ES UNA PERSONA CON MUCHA PERSEUERANCA YA QUE SIEMPRE ESTABA EN BUSCA DE CONSEGIR SUS OBJETIVOS EN LA VIDA.

SIEMPRE FUE RESPONSABE EN SUS TRABAJOS ~~PORQUE~~ POR QUE ME TOCO VERLO, AQUE EN LOS ESTADOS UNIDOS, COMO CUMPLIA A TIEMPO Y ~~CABA~~ CABALMENTE SU TRABAJO.

DE SU NIÑEZ Y JUVENTUD NO PUEDO DECIR MUCHO DEBIDO A NUESTRAS DIFERENCIA DE EDADES YA QUE EL ES HIJO DEL PRIMER MARRIMONIO DE NUESTRA MADRE Y YO SOY HIJO DEL SEGUNDO MATRIMONIO DE NUESTRA MAMA.

LO QUE PUEDO DECIR DE SU INFANCIA, SOLO LOS COMENTARIOS QUE SE DICEN EN FAMILIA, QUE ~~SE~~ FUE HUERFANO DE ~~PADRE~~ PAPÁ Y QUE MUY JOVEN COMENZO A TRABAJAR Y ESTO LO OBLIGO A EMIGRAR A ESTADOS UNIDOS DEBIDO A LAS CARENCIAS ECONOMICAS, EDUCATIVAS, SOCIALES QUE SE VIVIAN EN MEXICO EN ESE TIEMPO

ESTOY CONCIENTE DE SUS ERRORES Y
POR EL CUAL SE ENCUENTRA DETENIDO.
SEA CUAL FUERA SU SENTENCIA, EN LO
PERSONAL SIEMPRE TENDRA TODO MI APOYO,
TANTO ECONOMICO, ESPIRITUAL Y MORAL.
DE MI PARTE LO APOYARE CON VIVIENDA, LO ECONOMICO
Y LE AYUDARE A BUSCAR TRABAJO POR QUE SE
QUE ÉL ES UNA PERSONA INDEPENDIENTE Y
TRABAJADORA.


JOSE CANDELARIO BRAVO PRECIADO
ATT