# Exhibit M

| | |
|---|---|
| **From:** | Juan Munoz |
| **To:** | Paulina Leyva |
| **Subject:** | Character letter for uncle Roman Munoz"s case |
| **Date:** | Friday, July 21, 2023 5:55:26 PM |

EXTERNAL SENDER

To whom it may concern I have known Roman P. Munoz my whole life he is my father's older brother ...  as a good uncle and friend I was both troubled and surprised to hear about his recent case as he has always been a rather solid person. It is for this reason I am happy to write a letter of reference  regarding this matter. I understand the seriousness of this matter however, hope the court will show some leniency.

Roman Munoz  has always been an upright character in the community. As a good uncle and friend, he has really been there for me, especially when ive needed advice or someone to talk to He made it a point to be there and show a significant amount of support during some hard times I myself went thru  It was Roman Munoz that was a source of camaraderie for both me and my family. He has truly been a good uncle and friend over the years.

In addition to our friendship, he is  usually An upstanding member in society . While it is unfortunate that he has made some bad decisions, thus resulting in this case. While I was surprised to hear of the misconduct, it comes as no surprise that he is ready to accept responsibility for his actions. I believe that as we move forward, he will emerge a better person. In short, Roman Munoz  expressed deep sense of remorse in making such a serious mistake and I believe in his ability to pay his debt to society.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Despite the current case, I still believe Roman P Munoz to be an honorable individual, a valuable member of my Family and a good human being.

Sincerely,

Juan Enrique Munoz